UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| KEELY R. SMITH, | § | |
|    *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 7:21-cv-278 |
| | § | |
| THE UNIVERSITY OF TEXAS - | § | |
| RIO GRANDE VALLEY, and, MERCY | § | |
| AZEKE, VERA RUIZ, MICHAEL | § | JURY DEMANDED |
| JAMES, and GUY BAILEY, in their | § | |
| official capacities, | § | |
|    *Defendants*. | § | |

**Plaintiff's Voluntary Dismissal Without Prejudice**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

NOW COMES **KEELY R. SMITH**, Plaintiff in the above-styled and numbered cause, and files, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, this her notice of dismissal of her entire case against Defendants without prejudice.

                       Respectfully submitted,

                       */s/ William D. Mount, Jr.*
                       KATIE P. KLEIN
                       State Bar No. 11561900
                       Southern District No. 7577
                       WILLIAM D. MOUNT, JR.
                       State Bar No. 14602950
                       Southern District No. 14992
                       DALE & KLEIN, L.L.P.
                       1100 E. Jasmine Ave. Ste 202
                       McAllen, Texas 78501
                       (956) 687-8700
                       (956) 687-2416 (fax)
                       office@daleklein.com
                       ATTORNEYS FOR PLAINTIFF

**Certificate of Service**

    I hereby certify that a true and correct copy of the foregoing document has been forwarded Via Notice of Electronic Filing on June 3, 2022, to all counsel of record, to wit:

Melinda J. Wetzel<br>
Assistant Attorney General<br>
Office of the Attorney General<br>
P.O. Box 12548, Capitol Station<br>
Austin, Texas 78711-2548

<i>/s/ William D. Mount, Jr.</i><br>
WILLIAM D. MOUNT, JR.